PS 8
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
for
District of Minnesota

U.S.A. vs. Abdikadir Kadiye	Docket No. 0864 0:22CR00226-007(NEB-TNL)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Ameer L. Fisher, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Abdikadir Kadiye** who was released on bond by the Honorable <u>John F. Docherty</u>, sitting in the Court at <u>St. Paul</u> on the <u>13th day of March, 2023,</u> under the following special conditions:

- Surrender Passport (satisfied March 21, 2023)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim / Witness / Codefendants / Coconspirators
- No Excessive Alcohol Use
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Residential Requirements / Restrictions
- No New Lines of Credit / Unauthorized Credit Charges
- Financial Disclosure
- Employment Restrictions
- Prohibited from Assessing Funds from the Child Nutrition Program

Kadiye is pending disposition for Wire Fraud (Counts 10-11 and 18), in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §1956(h) (Count 25); and Money Laundering (Counts 29,32,37,43,45,59,61-62,64,67, and 69), in violation of 18 U.S.C. § 1957.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 13, 2023, the condition that Kadiye report to the U.S. Probation and Pretrial Services Office as directed was erroneously not selected on the Order Setting Conditions of Release.

PRAYING THAT THE COURT WILL ORDER: That Kadiye's conditions be modified to include the following condition:

>Report to the U.S. Probation and Pretrial Services Office as directed.

ORDER OF THE COURT

Considered and ordered this __7th__ day of April, 2023, and ordered filed and made a part of the records in the above case.

*s/Tony N. Leung*
Tony N. Leung
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Ameer L. Fisher*
Ameer L. Fisher
U.S. Probation Officer
612-664-5415

Executed on    April 7, 2023

Place          Minneapolis

Approved:

s/ *Maribel Andrade-Vera*
Maribel Andrade-Vera
Supervising U.S. Probation Officer