PS 8

(Rev 5/10)

Filed by the Clerk

## UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Abdikadir Kadiye                    Docket No. 0864 0:22CR00226-007(NEB-TNL)

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Corey S. Grandner, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Abdikadir Kadiye** who was placed under pretrial supervision by the Honorable <u>John F. Docherty</u>, sitting in the Court at <u>St. Paul</u> on the <u>13th day of March, 2023,</u> under the following special conditions:

- Pretrial Services Supervision (added April 7, 2023)
- Surrender Passport (satisfied March 21, 2023)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim / Witness / Codefendants / Coconspirators
- No Excessive Alcohol Use
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Residential Requirements / Restrictions
- No New Lines of Credit / Unauthorized Credit Charges
- Financial Disclosure
- Employment Restrictions
- Prohibited from Assessing Funds from the Child Nutrition Program

Abdikadir Kadiye is pending disposition for Wire Fraud (Counts 10, 11, and 18), in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering (Count 25), in violation of 18 U.S.C. § 1956(h); and Money Laundering (Counts 29, 32, 37, 43, 45, 59, 61, 62, 64, 67, and 69), in violation of 18 U.S.C. § 1957.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The below actions violate Kadiye's conditions of release pursuant to 18 U.S.C. § 3142.

On April 3, 2023, Kadiye was arrested and charged in Hennepin County, Minnesota, with Driving While Intoxicated – Alcohol Concentration .08 Within 2 Hours, Operate Motor Vehicle Under the Influence of Alcohol, and Careless Driving (Docket No.: CR-23-7016).

PRAYING THAT THE COURT WILL ORDER: That Kadiye's conditions be modified to include the following:

1. Add: Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the supervising officer considers it advisable.
2. Modify: No excessive alcohol use to refrain from any use of alcohol.

ORDER OF THE COURT

Considered and ordered this 31st day of May, 2023, and ordered filed and made a part of the records in the above case.

s/Tony N. Leung
Tony N. Leung
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Corey S. Grandner
Corey S. Grandner
U.S. Probation Officer
612-664-5415

Executed on    May 30, 2023

Place          Minneapolis

Approved:

s/ *Maribel Andrade-Vera*

Maribel Andrade-Vera
Supervising U.S. Probation Officer